IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANITA L. STROUD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 04-253 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

**Decision by the Court**:   This action came before the Court for judicial review of the Commissioner's final decision denying Plaintiff's applications for disabiilty benefits and supplemental security income.  The Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of Defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against Plaintiff Anita L. Stroud.

    DATED:   October 3, 2005

                                NORBERT G. JAWORSKI, CLERK OF COURT

                                *s/Vicki McGuire*
                                **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
United States District Judge